POLSINELLI LLP
WESLEY D. HURST (No. 127564) (whurst@polsinelli.com)
2049 Century Park East, Suite 2300
Los Angeles, CA 90067
Tel: (310) 556-1801
Fax: (310) 556-1802

POLSINELLI PC
KEITH J. GRADY (kgrady@polsinelli.com)
(*Admitted Pro Hac Vice*)
GRAHAM L.W. DAY (No. 186553) (gday@polsinelli.com)
100 S. 4th Street, Suite 1000
St. Louis, MO 63102
Tel: (314) 889-8000
Fax: (314) 622-6709
*Attorneys for Defendant/Counterclaimant*
*NDS Nutrition Products, Inc.*

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC<br><br>Plaintiff,<br><br>v.<br><br>NDS NUTRITION PRODUCTS, INC.<br><br>Defendant.<br>_____<br>NDS NUTRITION PRODUCTS, INC.<br><br>Counterclaimant,<br><br>v.<br><br>THERMOLIFE INTERNATIONAL, LLC<br><br>Counterdefendant. | Case No. 13-CV-02195- JLS-MDD<br><br>(Consolidated with Lead Case No. 13-CV-00651-JLS-MDD)<br><br>**NOTICE OF APPEARANCE BY WESLEY D. HURST**<br><br>JURY TRIAL DEMANDED<br><br>Complaint Filed:  September  13, 2013<br><br>Date:  November 6, 2013<br><br>Trial Date:  Not Yet Set |

-1-

Case No. 13-CV-00651-JLS-MDD

NOTICE OF APPEARANCE BY WESLEY D. HURST

46476777.1

TO THE CLERK OF THIS COURT, THE HONORABLE JANIS L. SAMMARTINO, AND ALL ATTORNEYS OF RECORD IN THIS CASE:

NOTICE IS HEREBY GIVEN THAT Wesley D. Hurst of POLSINELLI LLP, is, on this date, entering his appearance as counsel of record for Defendant/Counterclaimant NDS NUTRITION PRODUCTS, INC., in the above-referenced action.

It is respectfully requested that hard copies of any notices, pleadings, and any exhibits thereto, to the extent not filed electronically pursuant to this Court's Local Rules, and hard copies of any correspondence and any exhibits thereto, to the extent not sent via e-mail to me at the above-referenced e-mail address, be served upon me at the following physical location:

Wesley D. Hurst, Esq.<br>
POLSINELLI LLP<br>
2049 Century Park East, Suite 2300<br>
Los Angeles, CA 90067

Dated:  November 8, 2013                                Respectfully submitted,

POLSINELLI LLP

By:   /s/ Wesley D. Hurst
                WESLEY D. HURST

*Attorney for Defendant/Counterclaimant NDS Nutrition Products, Inc.*

-2-

Case No. 13-CV-00651-JLS-MDD                           NOTICE OF APPEARANCE BY WESLEY D. HURST
46476777.1

# CERTIFICATE OF SERVICE

I hereby certify that on November 8, 2013, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 8th day of November, 2013, at St. Louis, Missouri.


By: /s/ Wesley D. Hurst
    WESLEY D. HURST