Scott A. Penner (SBN 253716), penner@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070
Fax:  858-678-5099

Attorneys for Defendant
New York Nutrition Company, LLC d/b/a
American Muscle

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>MYOGENIX CORP., et al.,<br><br>　　　　　Defendants. | Lead Case 3:13-cv-00651-JLS-MDD<br><br>NOTICE OF PARTY WITH FINANCIAL  INTEREST |
| THERMOLIFE INTERNATIONAL, LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NEW YORK NUTRITION COMPANY, LLC d/b/a AMERICAN MUSCLE,<br><br>　　　　　Defendant. | Member Case 3:13-cv-02200-JLS-MDD |

Defendant New York Nutrition Company, LLC d/b/a American Muscle ("Defendant" or "American Muscle"), by counsel, and pursuant to Fed. R. Civ.

Case No. 3:13-cv-00651-JLS-MDD

P. 7.1 and Local Civil Rule 40.2, states that it has no publicly held corporation owning more than ten percent (10%) of its stock. American Muscle has a parent company named Sensatus Group, LLC, which is a Nevada limited liability company.

Dated: December 30, 2013      FISH & RICHARDSON P.C.

By: */s/ Scott A. Penner*
 Scott A. Penner

Attorneys for Defendant
New York Nutrition Company, LLC d/b/a
American Muscle

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document has been served on December 30, 2013 to all counsel of record who are deemed to have consented to electronic service via the Court's CM/ECF system per Civ LR 5.4(d).  Any other counsel of record will be served by U.S. mail or hand delivery.

I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.  Executed on December 30, 2013, at San Diego, California.

*/s/ Scott A. Penner*
Scott A. Penner