Todd M. Malynn (SBN 181595)
tmalynn@feldmangale.com
**FELDMAN GALE PA**
880 West First Street, Suite 315
Los Angeles, CA 90012
Telephone: (213) 625-5992
Facsimile: (213) 625-5993

Gregory L. Hillyer (*pro hac vice pending*)
ghillyer@feldmangale.com
Michael P. Hogan
mhogan@feldmangale.com
**FELDMAN GALE PA**
1700 Market Street Suite 3130
Philadelphia, PA 19103
Telephone: (267) 414-1300
Facsimile: (215) 567-2648

**Attorneys for Defendant**
**HI-TECH PHARMACEUTICALS, INC.**

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MYOGENIX CORP., et al.<br><br>　　　　　Defendants. | Case Nos.: 13-cv-651 JLS (MDD)<br>(LEAD CASE)<br><br>**MOTION TO SUBSTITUTE COUNSEL FOR HI-TECH PHARMACEUTICALS, INC.** |
| AND RELATED CASES | |

The law firms of Feldman Gale, P.A. and Posner Law Corporation file this motion to substitute Ashley Posner and Posner Law Corporation for Feldman Gale, P.A. and its attorneys as counsel for Hi-Tech Pharmaceuticals, Inc. in this case and that Feldman Gale, P.A. and its attorneys be relieved of all further responsibility for this case, and that all notices, pleadings, orders, and other papers in this action be served on Ashley Posner, Posner Law Corporation, 15303 Ventura Boulevard, Suite 900, Sherman Oaks, CA 91403, Telephone: (310) 475-8520, Facsimile: (310) 474-1901, ashleyposner@gmail.com. A written substitution request signed by Hi-Tech Pharmaceutical, Inc., Ashley Posner, and Todd M. Malynn is attached hereto as Exhibit A.

This Motion is made pursuant to Local Rules 7.1, 83.3, and the Court's suggested procedures for substitution of counsel.

Respectfully submitted,

Dated: January 14, 2014            FELDMAN GALE, P.A.

By:   /s/ Todd M. Malynn
      Todd M. Malynn
      Attorneys for Defendant and Counterclaimant

      Todd M. Malynn (SBN 181595)
      tmalynn@feldmangale.com
      **FELDMAN GALE PA**
      880 West First Street, Suite 315
      Los Angeles, CA  90012
      Telephone: (213) 625-5992
      Facsimile: (213) 625-5993

      HI-TECH PHARMACEUTICALS, INC.
      (Case No. 13-cv-830 JLS (MDD))

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2014, I served **NOTICE OF MOTION TO SUBSTITUTE COUNSEL FOR HI-TECH PHARMACEUTICALS, INC.** on counsel for Plaintiff via the Court's ECF system and a courtesy copy by electronic mail to the following address:

> Tyler J. Woods, Esquire
> twoods@trialnewport.com
> NEWPORT TRIAL GROUP
> 895 Dove Street, Suite 425
> Newport Beach, CA  92660

By: s/ Todd M. Malynn