Arthur W. Leach (*pro hac vice*)
THE LAW OFFICE OF ARTHUR W. LEACH
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Tel: 404-786-6443
E-Mail: Art@ArthurWLeach.com

*Attorney for Defendant Hi-Tech Pharmaceuticals, Inc.*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THERMOLIFE INTERNATIONAL, LLC,<br><br>Plaintiff,<br>vs.<br><br>MYOGENIX CORPORATION, et al.,<br><br>Defendants.<br><br>and RELATED/COORDINATED MATTERS | Case No. 3:13-cv-00651 JLS-MDD (Lead Case)<br><br>**DEFENDANT HI-TECH PHARMACEUTICALS, INC.'S NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES**<br><br>Hearing Date: January 5, 2017<br>Hearing Time: 1:30 p.m.<br>Courtroom: 4A<br>Judge: Hon. J. Sammartino |

//

//

/

//

//

## NOTICE OF MOTION

PLEASE TAKE NOTICE that, on January 5, 2017, at 1:30 p.m. in Courtroom 4A, of the above titled Courthouse, or as soon thereafter as the Court may deem appropriate, Defendant Hi-Tech Pharmaceuticals, Inc. ("Hi-Tech"), will and hereby does move for attorneys' fees and expenses incurred in defense of this patent litigation pursuant to Fed. R. Civ. P. 54(d)(2) and 35 U.S.C. § 285.

Hi-Tech brings this motion on the following grounds: ThermoLife lacked a reasonable basis to allege infringement; ThermoLife failed to conduct a sufficient pre-filing investigation; ThermoLife pursued the type of multi-complaint, file-and-settle strategy that is disfavored by the courts; other grounds as stated in the accompanying Memorandum of Points and Authorities; and other grounds as stated in Defendant Vital Pharmaceuticals, Inc.'s Memorandum of Points and Authorities in support of its Motion for Attorneys' Fees, Doc. 246-1.

Hi-Tech's motion is based upon this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities, and the exhibits and declarations attached thereto; Defendant Vital Pharmaceuticals, Inc. Memorandum of Points and Authorities in support of its Motion for Attorneys' Fees, Doc. 246-1, and the attachments thereof; the pleadings and papers on file herein; and any additional material presented to the Court at the time of hearing.

Dated: October 12, 2016.

*<u>/s/ Arthur W. Leach</u>*
Arthur W. Leach
Georgia Bar No. 442025
*Counsel for Defendant Hi-Tech Pharmaceuticals, Inc.*

The Law Office of Arthur W. Leach
5780 Windward Parkway, Suite 225
Alpharetta, Georgia 30005
Tel: 404-786-6443
Art@ArthurWLeach.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List, and I hereby certify that I have mailed the foregoing document or paper via the United States Postal Service to the non-CM/ECF participants indicated on the Electronic Mail Notice List.

By: *_/s/ Arthur W. Leach_*
Arthur W. Leach